DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**AMERICAN MED-CARE CENTERS, P.A.,** a/a/o **TIYLER SCHARMER,**
Appellant,

v.

**ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,**
Appellee.

No. 4D21-279

[August 12, 2021]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Reginald Roy Corlew, Judge; L.T. Case Nos. 502018AP000116CAXXMB and 502016SC000233XXXXSB.

Scott J. Edwards of Scott J. Edwards, P.A., Boca Raton, for appellant.

Daniel E. Nordby of Shutts & Bowen, LLP, Tallahassee, and Alyssa L. Cory of Shutts & Bowen, LLP, Tampa, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***